# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD ANDERSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:10-cv-01382-RLH-PAL<br><br>**<u>ORDER</u>** |

   Before the court is Defendants' Joint Motion to Stay Pending Screening (Dkt. #11) filed September 8, 2010. This case is a prisoner, civil rights case. The Complaint in this case was originally filed in state court, and was subsequently removed to federal court (Dkt. #1) on August 13, 2010. Although the court is not required to screen a prisoner civil rights case initially filed in state court and removed by the defendant(s) it is this court's practice to do so. The court has reviewed the motion, Plaintiff's response (Dkt. #13), and Defendants' Reply (Dkt #14). Having reviewed and considered the matter,

   **IT IS ORDERED** that Defendants' Joint Motion to Stay Pending Screening (Dkt. #11) is **GRANTED.**

   Dated this 5th day of October, 2010.

_____
Peggy A. Leen
United States Magistrate Judge